**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON M.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Defendant. | CASE NO. 5:25-cv-01063-MWC-SK<br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO REMAND FOR FURTHER PROCEEDINGS** |

In accordance with 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation (R&R) to Remand for Further Proceedings and any pertinent records as needed. No party filed any timely objections to the R&R. The Court thus accepts the recommendation and orders that this action be REMANDED for further administrative proceedings under Sentence Four of 42 U.S.C. § 405(g) consistent with the findings and conclusions in the R&R. Judgment in Plaintiff's favor will be entered accordingly.

IT IS SO ORDERED.

DATED: July 13, 2026

MICHELLE WILLIAMS COURT
United States District Judge