**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M.,<br>Plaintiff,<br>v.<br>FRANK BISIGNANO,<br>Defendant. | CASE NO. 5:25-cv-01063-MWC-SK<br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation to Remand for Further Proceedings, IT IS ADJUDGED that this action is remanded for further administrative proceedings under Sentence Four of 42 U.S.C. § 405(g) consistent with that Order.

DATED: July 13, 2026

MICHELLE WILLIAMS COURT
United States District Judge