# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON M.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Defendant. | Case No. 5:25-cv-01063-MWC-SK<br><br>**ORDER GRANTING JOINT MOTION FOR SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL JUSTICE ACT, 28 U.S.C. § 2412(d) (DKT. [27])** |

Upon review of the parties' Joint Motion for Settlement of Attorney Fees Pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d) to award Plaintiff fees in the amount of $7,500.00 ("Joint Motion") (Dkt. # 27), the Court **GRANTS** the Joint Motion and **ORDERS** that Defendant pay Plaintiff fees in the amount of $7,500.00 as authorized by 28 U.S.C. § 2412(d) and subject to the terms of the Joint Motion.

**IT IS SO ORDERED.**

DATED: July 23, 2026

Honorable Michelle Wiliams Court
United States District Judge